copy of the typewritten or mimeographed record and one copy of the type-written or mimeographed appellants' points on the attorney for respondent and file 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellants' points with this court. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ Santo Sorge v. Lawrence H. Nott.— Motion to dispense with print-ing granted insofar as to dispense with the printing in the record on appeal of certain exhibits which are set forth in the moving papers herein on condition that the originals thereof and six duplicated copies of each exhibit are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. The photostatic copy of the lease is not adequate and a better duplication equal to the others. is required.— Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ Jill Cashman v. Irwin Cashman.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ The People of the State of New York v. George B. McNeil.— Enlargement of time granted. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ (A) The People of the State of New York v. Victor Garcia. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ. (B) The People of the State of New York v. Harrison Tarver. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ. (C) The People of the State of New York v. Rudolph Prisco, Richard Mathes, Alfonso Angrisani, et al. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.— [In each action] Motion to dismiss appeal denied.

■ (A) The People of the State of New York v. Victor Garcia. (B) The People of the State of New York v. William Elfe. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ. (C) The People of the State of New York v. Louis Corrales. (D) The People of the State of New York v. John Hudson. (E) The People of the State of New York v. Vincent Mummiani. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

## (June 28, 1962)

■ 14 Second Avenue Realty Corp., Respondent, v. Anne Szalay, as Executrix of John Szalay, Deceased, Appellant.— Appeal from order entered on December 20, 1961 unanimously dismissed on the ground that the notice of appeal was not timely served, with $20 costs and disbursements to plaintiff-respondent. The record indicates that the order granting the application of plaintiff to dismiss the counterclaim is dated and entered December 20, 1961; that the notice of appeal filed by defendant-appellant is dated February 12, 1962. The affidavit of service sworn to December 27, 1961 indicates service by mail on said date of the said order with notice of entry. Service by mail is complete regardless of delivery where the mailing itself complies with all requisites. (Anthony v. Schofield, 265 App. Div. 423, 425.) The appellant denies receipt of the order. In some circumstances such denial would raise an issue which would require a hearing for its resolution. However, the affidavits